# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DALE EVANS PARKWAY 2012 LLC, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL FIRE AND MARINE INSURANCE COMPANY, a Corporation; THE MAHONEY GROUP, a Corporation; and DOES 1-20, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 5:15-cv-00979-JGB-SP <br><br> Judge:  Magistrate Judge Sheri Pym, Courtroom 4 <br><br> **ORDER RE THE MAHONEY GROUP'S MOTION TO PERMIT TELEPHONIC APPEARANCE OF ITS INSURER'S REPRESENTATIVE AT DECEMBER 1, 2016 SETTLEMENT CONFERENCE** <br><br> TRIAL DATE:  March 14, 2017 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that Defendant THE MAHONEY GROUP moved to permit the telephonic appearance of its insurer's representative at the December 1, 2016 Settlement Conference. For the reasons stated in Defendant The Mahoney Group's Motion to Permit Telephonic Appearance of Its Insurer's Representative at December 1, 2016 Settlement Conference, and

1

GOOD CAUSE EXISTING, IT IS HEREBY ORDERED THAT:

    The Court hereby permits The Mahoney Group's insurer representative to appear telephonically at the December 1, 2016 settlement conference.

DATE: November 21, 2016

                                                 Sheri Pym
                                                 United States Magistrate Judge