**MARC S. SHAPIRO, SBN 155791**
*mss@hssalaw.com*
**CHRISTOPHER G. KERR, SBN 262667**
*ck@hssalaw.com*
**HANGER, STEINBERG, SHAPIRO & ASH**
**A Law Corporation**
**21031 Ventura Blvd., Suite 800**
**Woodland Hills, CA 91364-6512**
**(818)226-1222 Fax (818)226-1215**

Attorneys for Plaintiff
DALE EVANS PARKWAY 2012, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DALE EVANS PARKWAY 2012, LLC<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL FIRE AND MARINE INSURANCE COMPANY, a Corporation; THE MAHONEY GROUP, a Corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO： 5:15-cv-00979-JGB-SP<br>[Assigned to Courtroom 1;<br>Judge Jesus G. Bernal for all purposes]<br><br>**ORDER RE STIPULATION FOR DISMISSAL (FED. R. CIV. P. RULE 41(a)(1) )**<br><br>TRIAL DATE: March 14, 2017 |

## ORDER

GOOD CAUSE APPEARING THEREFORE, and in the interest of justice, the above-captioned matter is dismissed with prejudice as to all causes of action in the Complaint, Cross-Claim and Counter-claim. All parties to bear their own costs.

**IT IS SO ORDERED**

DATED: March 15, 2017         BY: *[signature]*

THE HON. JESUS G. BERNAL
United States District Judge

---
1
ORDER RE STIPULATION FOR DISMISSAL {FED. R. CIV.P. RULE 41(a)(1) )